**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 20, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Susan H. Guy v. Colonial Bank, et al.**
**Case Number: 2:06-cv-271-WKW**

**Pleading : #4 - Answer and #5 Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced pleadings were electronically filed on 4/18/2006 with erroneous information on the Certificate of Service.**

**The corrected pdf documents are attached to this notice.**