IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN H. GUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:06-CV-00271-WKW |
| | ) |
| COLONIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On April 18, 2006, Defendant *Colonial BancGroup, Inc.* filed a **Motion to Dismiss** (Doc. 5). Pursuant to the assigned District Judge's referral of this case for action or recommendation on all pretrial matters , it is

**ORDERED** that **the Plaintiff shall file a response to the *Motion,* not later than May 17, 2006**, to show therein any cause why the Defendant's *Motion* should not be granted.

**The *pro se* plaintiff is advised that if she fails to file *any* response** , the court will proceed to decide the merits of Defendant's contention that the complaint fails to state a cause of action upon which relief may be granted  because the Defendant  "employs less than the minimum number of employees required to be covered by Title VII of the Civil Rights Act of 1964."

Done this 26<sup>TH th</sup> day of April, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE