# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN H. GUY ) | |
| ) | |
|     Plaintiff, ) | |
| ) | **CIVIL ACTION NO.:** |
| vs. ) |   2:06CV271-WKW |
| ) | |
| THE COLONIAL BANCGROUP, INC. ) | |
| and COLONIAL BANK, N.A., ) | DRB Magistrate Judge Assigned |
| ) | |
|     Defendant ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel of record for Defendants The Colonial BancGroup, Inc. and Colonial Bank, N.A.

    /s/Christopher W. Weller
    Christopher W. Weller (WEL030)
    **CAPELL & HOWARD, P. C.**
    P.O. Box 2069
    Montgomery, Alabama 36102-2069
    (334) 241-8000

    **THE COLONIAL BANCGROUP, INC. &**
    **COLONIAL BANK, N.A.**
    David B. Byrne, Jr. (ASB-0354-R69D)
    General Counsel
    One Commerce Street
    Montgomery, Alabama 36104

    **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon counsel of record *viá* U.S. Mail:

Susan Guy, Pro Se<br>
974 Lewis Road<br>
Deatsville, Alabama 36002

    DONE this the 16th day of June, 2006.

    /s/Christopher W. Weller_____
    Of Counsel