IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SUSAN H. GUY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | 2:06CV271-WKW |
| | ) | |
| THE COLONIAL BANCGROUP, INC. | ) | |
| and COLONIAL BANK, N.A., | ) | DRB Magistrate Judge Assigned |
| | ) | |
| Defendant | ) | |

**EXHIBITS IN SUPPPORT OF MOTION
FOR SUMMARY JUDGMENT OF DEFENDANTS
COLONIAL BANK, N.A. AND THE COLONIAL BANCGROUP, INC.**

**COME NOW** Defendants, The Colonial BancGroup, Inc. and Colonial Bank, N.A. (collectively, "Colonial Bank"), and respectfully submit the following exhibits in support of their motion for summary judgment filed contemporaneously herewith.

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Affidavit of Linda Green, Executive Vice-President, Wealth Management Division |
| B | Colonial Human Resources Policy Manual Excerpts |
| C | Affidavit of Tara Gibson, Resources Area Manager, Colonial BancGroup Montgomery |
| D | EEOC Charge Affidavit of Susan Guy |
| E | Program Director Job Description |
| F | December 23, 2005 EEOC Dismissal and Notice of Rights Letter |
| G | Family Insurance Manager Job Description |
| H | Susan Guy 2003 Employee Self Evaluation |
| I | EEOC Charge of Discrimination of Susan Guy |

1

| | |
|---|---|
| J | January 18, 2005 Separation Agreement |
| K | Affidavit of Sean Tesoro |

                                                    Respectfully submitted,

/s/Christopher W. Weller
Christopher W. Weller (WEL030)
**CAPELL & HOWARD, P. C.**
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000

**THE COLONIAL BANCGROUP, INC. &
COLONIAL BANK, N.A.**
David B. Byrne, Jr. (ASB-0354-R69D)
General Counsel
One Commerce Street
Montgomery, Alabama 36104

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon counsel of record *viá* U.S. Mail:

Susan Guy, Pro Se
974 Lewis Road
Deatsville, Alabama 36002

    DONE this the 21st day of August, 2006.

/s/Christopher W. Weller
Of Counsel

2