# EXHIBIT C

## AFFIDAVIT OF TARA C. GIBSON

**STATE OF ALABAMA** )
)
**MONTGOMERY COUNTY** )

Before me, a notary public in and for said state and county, personally appeared Tara C. Gibson, who after being first duly sworn, deposes and says as follows:

1. My name is Tara C. Gibson. I am a resident of Alabama. I am currently employed as the Human Resources Area Manager, Montgomery BancGroup, Colonial Bank, N.A., and, in such capacity, file this affidavit in support of The Colonial BancGroup, Inc.'s motions for summary judgment regarding the lawsuits filed by former Colonial Bank, N.A. employees Kitty Graham and Susan Guy.

2. I am authorized to make this affidavit and am competent to testify at trial regarding the statements made in this affidavit.

3. As HR Area Manager, I have reviewed the employment records of The Colonial BancGroup, Inc. (Colonial's holding company) for the 2004 and 2005 calendar years. The employment records reflect that BancGroup employed only fourteen (14) employees during the 2004 and 2005 calendar years. Furthermore, although BancGroup employed a total of 16 different employees during the 2005 calendar year, two of those employees -- Catherine Hewlett and Vivian McKean -- were employed for a period less than 20 weeks. In particular, during the 2005 calendar year, Ms. Hewlett and Ms. McKean were employed by BancGroup for only two (2) weeks and nine (9) weeks, respectively.

4. The following table, which is a compilation of the employment records I reviewed, accurately reflects the names of all persons employed by BancGroup for the 2004 and 2005 calendar years, as well as the number of weeks and periods of their employment.

1

| 2004 BANCGROUP EMPLOYEES | | |
|---|---|---|
| Employee Name | Weeks Employed | Dates Employed |
| 1. Clayton, Ulysses | 52 | 01/01/04 – 12/31/04 |
| 2. Cotney, Bryan T. | 48 | 01/01/04 -- 01/15/04<br>02/20/04 -- 12/31/04 |
| 3. Duncan, Helena T. | 52 | 01/01/04 – 12/31/04 |
| 4. Dye, Patrick F. | 52 | 01/01/04 – 12/31/04 |
| 5. Jackson, Angela | 23.5 | 01/01/04 -- 06/07/04 |
| 6. Johnson, Nan | 42 | 01/01/04 -- 10/25/04 |
| 7. Lowder, Robert E. | 52 | 01/01/04 – 12/31/04 |
| 8. Mathison, John E. | 52 | 01/01/04 – 12/31/04 |
| 9. McKean, Vivian L. | 30.5 | 01/01/04 – 08/02/04 |
| 10. Miller, Jr., John C. | 52 | 01/01/04 – 12/31/04 |
| 11. Tyus, Leon | 52 | 01/01/04 – 12/31/04 |
| 12. Struble, Catherine L. | 52 | 01/01/04 – 12/31/04 |
| 13. Wilson, Dixye N. | 52 | 01/01/04 – 12/31/04 |
| 14. Yates, Jennilee | 52 | 01/01/04 – 12/31/04 |

| 2005 BANCGROUP EMPLOYEES | | |
|---|---|---|
| Employee Name | Weeks Employed | Dates Employed |
| 1. Allred, Glenda A. | 52 | 01/01/05 – 12/31/05 |
| 2. Clayton, Ulysses | 52 | 01/01/05 – 12/31/05 |
| 3. Compton, Carli R. | 24 | 07/27/05 – 12/31/05 |
| 4. Cotney, Bryan T. | 52 | 01/01/05 – 12/31/05 |
| 5. Duncan, Helena T. | 52 | 01/01/05 – 12/31/05 |
| 6. Dye, Patrick F. | 52 | 01/01/05 – 12/31/05 |
| 7. Hewlett, Catherine M. | 2.5 | 02/11/05 – 02/28/05 |
| 8. Lowder, Robert E. | 52 | 01/01/05 – 12/31/05 |
| 9. Mathison, John E. | 52 | 01/01/05 – 12/31/05 |
| 10. McKean, Vivian L. | 10 | 01/01/05 – 03/10/05 |
| 11. Miller, Jr., John C. | 52 | 01/01/05 – 12/31/05 |
| 12. Parsons, Lauran H. | 42 | 02/07/05 – 11/29/05 |
| 13. Tucker, Marion E. | 34.5 | 01/01/05 – 08/31/05 |
| 14. Tyus, Leon | 52 | 01/01/05 – 12/31/05 |
| 15. Struble, Catherine L. | 52 | 01/01/05 – 12/31/05 |
| 16. Wilson, Dixye N. | 52 | 01/01/05 – 12/31/05 |

**FURTHER THE AFFIANT SAYETH NOT.**

2

_____
Tara C. Gibson

**SWORN TO AND SUBSCRIBED BEFORE ME** on this the 18 day of August 2006.

(SEAL)

_____
Notary Public
My Commission Expires: _____

AUDRA LAKING
Notary Public, State of Alabama At large
My Commission Expires July 6, 2009.

3