# EXHIBIT E

| | | | |
|---|---|---|---|
| **Job Title** | Program Director | **Job Code** | WM47 |
| **Dept.** | Wealth Management | **EEOC Code** | 1 |
| **Reports to** | Wealth Management Director | **Revised** | 01/05 |
| **Company** | BancGroup | **Job Group** | 1B |

## Job Summary

Responsible for sales growth and service related issues including training for Wealth Management.  Responsible for strategic partner (vendor) relationships.

## Essential Job Functions

1. Develop, design, market and implement Wealth Management growth initiatives.
2. Develop and coordinate training related to Wealth Management.
3. Responsible for sales reporting, contest development and implementation to generate sales growth.
4. Maintain and grow relationships with product providers.
5. Attend work on a regular basis, on time and withstand varying degrees of stress.

## Supervisory Responsibilities

Directly supervises a staff of Wealth Management employees.  Responsible for directing and motivating, training, interviewing, and conducting performance reviews.  Must comply with Colonial's Affirmative Action Plan.

## Education and Experience

Bachelor's degree in Finance, Accounting, Business.  Seven or more years sales or investment experience.  Bank brokerage experience and experience with product providers a plus.  Completion of Series 7, 65, 24, and 63 securities examinations; completion of Life/Health/Disability and Variable Life insurance License; clean CRD-good standing with NASD and SEC.

## Skills and Abilities

Ability to travel to various locations within assigned regions.  Ability to work with substantial latitude for independent action in setting objectives, priorities, and procedures.  Ability to monitor industry changes on a continuous basis.  Excellent communication skills needed to handle regular contact with customers, bank management, and staff employees.

## Physical Demands

The employee will occasionally lift and/or move up to 25 pounds.  The employee will regularly talk and hear.  The employee will frequently sit.  The employee will occasionally stand; walk; use hands to finger, handle, or feel; stoop, kneel, crouch or crawl; and reach with hands and arms.  Special vision requirements include close, distant, and peripheral vision; depth perception and the ability to adjust focus.  The noise level in the work environment is usually moderate.

## Staffing
Job normally filled from:
Usual next assignment:
Similar jobs with Colonial:

As of the date shown above, the contents of this job description are intended to describe the general nature and level of work being performed by people assigned to this job. It is not intended to be an exhaustive list of all responsibilities, duties and skill required of personnel so classified. Further, essential job functions are subject to change based upon business needs.

Colonial Bank Corporate Human Resources | Montgomery, Al | 334-833-3128

Colonial is an equal opportunity employer. M/F/V/D