# EXHIBIT H



# COLONIAL

CONFIDENTIAL

# PERFORMANCE EVALUATION & DEVELOPMENT PLAN

Due date for return to Human Resources Department: [Click here and type]

**Employee Name:**    Ann Fuller

**Job Title:**    Product Manager

**Job Grade:**    _____

**Department:**    Colonial Brokerage, Inc.

**Supervisor:**    Rana Sanders

**Date of Hire:**    _____

**Review Period:**    From____ Jan 02 – Jan 03

**INSTRUCTIONS TO SUPERVISOR:**

Rate the employee's performance by assigning one of the following performance ratings. Write the performance rating in the box to the left of each performance category heading. A comment of example is required for all categories to support the performance rating given.

---

## PERFORMANCE RATINGS

○   **AE**   **ABOVE EXPECTATIONS**
Performance consistently exceeds all aspects of the performance plan and exceeds the requirements needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

○   **FS**   **FULLY SATISFACTORY**
Performance consistently meets all major aspects of the performance plan needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

○   **S**   **SATISFACTORY**
Performance meets expectations, but performance improvement is needed to fulfill the principal duties, responsibilities, objectives, and expectations of the position.

○   **NI**   **NEEDS IMPROVEMENT**
Performance is below the minimum requirements to fulfill the principal duties, responsibilities, objectives, and expectations of the position. Significant and immediate improvement needed for employee to be able to continue in the position.

---

COLONIAL IS AN EQUAL OPPORTUNITY EMPLOYER

## PERFORMANCE CATEGORIES FOR ALL EMPLOYEES

| | | |
|---|---|---|
| AE | **1. PROFESSIONAL KNOWLEDGE**<br>• Demonstrates understanding of technical aspects of job.<br>• Has and applies the technical knowledge and skills necessary to effectively perform all aspects of the job.<br>• Remains current on developments and changes relevant to job. | Comments/Examples:<br>[Click **here** and type] |
| FS | **2. QUANTITY OF WORK**<br>• Goals and objectives met within expected time frame.<br>• High level of work output on regular basis.<br>• Speed and consistency of output are appropriate. | Comments/Examples:<br>[Click **here** and type] |
| FS | **3. QUALITY OF WORK**<br>• Work is thorough, accurate, planned, and organized.<br>• Frequency and caliber of mistakes is minimal or none.<br>• Correction and follow-up on errors is appropriate.<br>• Monitors the end result to ensure standards are met.<br>• Customer complaints are minimal or none. | Comments/Examples:<br>[Click **here** and type] |
| FS | **4. ORAL AND/OR WRITTEN COMMUNICATION SKILLS**<br>• Expression of ideas is clearly relevant, concise, organized, and grammatically correct. Effective expression of ideas.<br>• Presentations of point of view are persuasive, tactful, diplomatic, and professional.<br>• Speaking style demonstrates good listening rapport, courtesy, and respect for others. | Comments/Examples:<br>[Click **here** and type] |
| AE | **5. INITIATIVE**<br>• Appropriate independent exercise of judgement within limits of authority.<br>• Anticipates potential problems and opportunities and does what is needed without being directed.<br>• Seeks additional assignments when assigned tasks are completed.<br>• Researches issues thoroughly before making decisions or taking action. | Comments/Examples:<br>[Click **here** and type] |
| FS | **6. JUDGMENT AND DECISION MAKING**<br>• Decisions and implementations are timely in light of organizational needs.<br>• Seeks relevant advice and/or gathers pertinent data before making decisions and developing action plans.<br>• Coordinates decisions with others to achieve shared goals; assesses the consequences for others before taking action.<br>• Monitors the expected results and adjusts action plans to meet objectives. | Comments/Examples:<br>[Click **here** and type] |
| FS | **7. FLEXIBILITY**<br>• Open to new ideas and willing to try new approaches.<br>• Adapts to change in assignments and/or new conditions in the working environment.<br>• Functions well with multiple assignments and effectively shifts priorities when necessary to accomplish tasks.<br>• Is able to take guidance from more than one source. | Comments/Examples:<br>[Click **here** and type] |
| AE | **8. ACCEPTANCE OF SUPERVISION**<br>• Accepts and adjusts to authority relationships in a manner that contributes to effective working relationships.<br>• Adapts to different management styles in a way that promotes a working relationship. | Comments/Examples:<br>[Click **here** and type] |
| AE | **9. OBSERVANCE OF ORGANIZATION POLICIES**<br>• Is knowledgeable and adheres to all Company work rules and policies; including, but not limited to:<br>  • Attendance   • Internal Audit Policies   • Dress Code<br>  • Tardiness   • Codes of Conduct   • NSF/Overdrafts<br>  • Code of Ethics   • Alcohol and Controlled Substance Policy<br>  • EEO Policies   • Anti-Harassment Policy | Comments/Examples:<br>[Click **here** and type] |
| AE | **10. HUMAN RELATIONS AND TEAMWORK**<br>• Works and interacts with co-workers, supervisors, subordinates, and external customers in a manner that is diplomatic, harmonious, professional, and sensitive.<br>• Exhibits friendliness and maintains positive working relationships.<br>• Effective cooperation and collaboration with other departments.<br>• Demonstrates enthusiasm in serving team and internal customers. | Comments/Examples:<br>[Click **here** and type] |
| FS | **11. PERCEPTUAL/ANALYTICAL SKILLS**<br>• Breaks down major issues into workable solutions and maintains a focus on the issue at hand. Collects the facts about a problem and considers risks and benefits before making decisions.<br>• Distinguishes relevant from irrelevant information.<br>• Seeks prevention of future problems. | Comments/Examples:<br>[Click **here** and type] |

| | | |
|---|---|---|
| FS | **12. PERFORMANCE IN CRITICAL SITUATIONS**<br>• Performance standards are met in critical/difficult situations.<br>• Maintains self-control/professionalism under adverse conditions.<br>• Able to adapt priorities when needed.<br>• Takes appropriate risks willingly and accepts personal responsibility.<br>• Handles stress and conflict effectively. | Comments/Examples:<br>[Click **here** and type] |

## MANAGEMENT PERFORMANCE CATEGORIES
Items 13-17 to be completed by employees with management responsibilities.

| | | |
|---|---|---|
| FS | **13. LEADERSHIP/GIVING DIRECTION**<br>• Sets a good example of desired behavior.<br>• Adjusts leadership style to individual/group/situational needs.<br>• Provides encouragement, guidance, and direction to subordinates.<br>• Influences others to strive towards goals and objectives.<br>• Promotes cooperation and teamwork, increases motivation in others. | Comments/Examples:<br>[Click **here** and type] |
| FS | **14. PLANNING/ORGANIZING SKILLS**<br>• Anticipates and sets future direction by planning and organizing to meet applicable deadlines and objectives.<br>• Monitors work progress and makes adjustments when needed.<br>• Sets priorities and establishes annual performance goals/objectives.<br>• Assures availability of required resources: information, equipment, etc. | Comments/Examples:<br>[Click **here** and type] |
| S | **15. HUMAN RESOURCES MANAGEMENT AND EMPLOYEE DEVELOPMENT**<br>• Effective in selecting qualified employees.<br>• Provides appropriate orientation and training to employees in light of position and individual experience. Promotes and facilitates cross-training.<br>• Applies performance evaluation and compensation plan impartially and in a timely manner.<br>• Observes and documents employees' performance and takes appropriate action with marginal and unsatisfactory performers.<br>• Gives employees frequent feedback about performance and provides clear performance expectations.<br>• Enforces Company policies and work rules. | Comments/Examples:<br>[Click **here** and type] |
| AE | **16. EQUAL EMPLOYMENT OPPORTUNITY/SAFETY**<br>• Is knowledgeable and supports the Company's EEO policies/procedures and makes meaningful contributions.<br>• Maintains safe and secure working environment. Reports safety threats.<br>• Observes OSHA and Company safety requirements. | Comments/Examples:<br>[Click **here** and type] |
| FS | **17. EXPENSE/BUDGET MANAGEMENT**<br>• Accurately forecasts and maintains budgetary projections.<br>• Controls operating expenses by effectively utilizing staff, materials, and equipment.<br>• Carefully monitors expenditures and reduces costs where possible to preserve Company assets and reduce waste.<br>• Makes sound financial decisions which positively affect the performance of the department and Company. | Comments/Examples:<br>[Click **here** and type] |

**REVIEW OF PRIOR YEAR GOAL ACHIEVEMENT** Evaluate the degree of successful completion of each goal established for the evaluation period.

| GOALS | RESULTS ACHIEVED |
|---|---|
| 1. Develop Goals for Series 6 program and implement the program | |
| 2. Create a product review committee and coordinate quarterly meetings | |
| 3. Create a "Fast Track" training program for non producing brokers and annuity agents | |

## OVERALL PERFORMANCE RATING

| ABOVE EXPECTATIONS | FULLY SATISFACTORY | SATISFACTORY | NEEDS IMPROVEMENT |
|---|---|---|---|
|  | x |  |  |

Manager Comments: _____

Employee Comments: I have thoroughly enjoyed my first year as Product/Program Manager. Because of addition of staff next year, there is assurance that initiatives and ideas plus training will be facilitated in an easier manner. Goals ie - Budget will be enhanced.

Do you understand that if you believe there has been a violation of Company policy, including the policies on Equal Opportunity Employment and prohibiting sexual and other harassment in the workplace, you should report it, preferably in writing, to a Supervisor, Department Head, or Human Resources Director?

Yes ✓    No ○

Do you understand no employee will be retaliated against for reporting in good faith that a policy has been violated?

Yes ✓    No ○

Employee Signature: *Ann M. Fuller*    Date: __/__/__

Manager Signature: *Rana S Sands*    Date: __/__/__

# GOALS AND ACTION PLAN WORKSHEET

## Performance Strengths

1. Understands the program – Has been here since inception.

2. Can relate to reps in the field and understands their point of view.

3. Sales and motivationally focused.

## Performance Improvement Needs

1. Continue to work on "juggling" many projects at one time.

2. Continue to learn compliance side of Interagency Statement – Product Management

3.

## Performance Development Goals for next review period (Date:                              )

The process of goal setting aids in measuring individual performance, in meeting department objectives, and provides a basis for employee self-development. Manager and employee should develop goals and reach agreement on the results to be achieved.

| Goal | By When | Method of Measurement |
|---|---|---|
| 1. Have 75 Series 6 licensed agents producing $2000/month by end of 2004 | December 2004 | Fee income results |
| 2. Have product review committee meet at least quarterly with Compliance documentation | 4th quarter 03 – December 04 | Quarterly minutes |
| 3. Have all Selling agreements in compliance with Interagency Statement | 1st – 2nd quarter 2004 | Successful Audit |

F 0604 (6/02)                                                5

# GOALS AND ACTION PLAN WORKSHEET

| Action Plan for Goal Achievement | When | Completed |
|---|---|---|
| 1. Series 6 - Identify and get licensed 40 plus Series 6 by end of 2nd Qtr. <br><br> Develop training program and manual <br><br> Implement Sales Program | End of 1st Qtr. <br><br> End of First Qtr <br><br> By end of 2nd Qtr. | |
| 2. Product Review Committee | 1st, 2nd, 3nd 4th Qtr. | |
| 3. Selling Agreement in Compliance. | End of 1st Qtr. <br><br> Jan 2004 | Jan 15th |

F-0681 (6/98)