IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN H. GUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-00271-WKW |
| | ) (WO) |
| COLONIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 4, 2006, the Magistrate Judge filed a Recommendation (Doc. # 15) in this case. The parties did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 15) is ADOPTED.

2. The Motion to Dismiss (Doc. # 5) and Supplemental Motion to Dismiss (Doc.# 10) filed by Defendant Colonial BancGroup, Inc., are DENIED.

3. The case is referred back to the Magistrate Judge for further proceedings.

DONE this the 21st day of August, 2006.

       /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE