IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SUSAN H. GUY                )
                            )
    Plaintiff,              )
                            )
v.                          )   2:06-CV-00271-WKW
                            )
COLONIAL BANK, et al.,      )
                            )
    Defendants.             )

### EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION
### TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Susan H. Guy to respectfully submit the following exhibits in support of her response in opposition to defendant's motion for summary judgment filed herewith:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Affidavit of Susan Guy |
| B | Affidavit of Rana Sanders, Former Executive Vice President of Wealth Management and Former President of Colonial Brokerage and Colonial Investment Services, Inc. |
| C | January 18, 2005 Separation Agreement |
| D | Resume of Sean Tesoro |
| E | January 18, 2005 Memorandum to Senior Bank Management by Linda Green, Executive Vice President, Wealth Management |
| F | EEOC Affidavit of Susan Guy |
| G | Job Description of Regional Investment Sales Representative (Financial Consultant) |
| H | Wealth Management Director Job Description |

| | |
|---|---|
| I | Family Insurance Manager/Platform Manager Job Description |
| J | Financial Planning Services Financial Highlights Reports for Year End 2003 and 2004 |
| K | Excerpt from Singer Funds Reports on Top Bank Rankings 1st Quarter 2004 |
| L | Platform 2004 Business Plan Profile |

Respectfully submitted,

*[signature: Susan Guy]*

Susan Guy, Pro Se
974 Lewis Road
Deatsville, AL 36022