# EXHIBIT D

# SEAN TESORO

1667 Lake Cyrus Club Drive • Birmingham, AL 35244
PHONE 205-425-5187 • E-MAIL: tesoro922@yahoo.com

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 11/02 – Present | **MassMutual Financial Group** | Hartford, CT |

*Vice President, Regional Sales Director (AL, TN, GA, MS)*
- Responsible for developing territory of Independent, Regional and Bank Broker Dealers in Southeast
- Educate and train reps on marketing of MassMutual products and services, conduct client workshops

| | | |
|---|---|---|
| 1/02 – 11/02 | **Travelers Financial Distributors** | East Brunswick, NJ |

*Vice President, Regional Sales Director (S.California, NV, HI)*
- Developed a start-up territory for newly created Broker Dealer Division
- Designated presenter for national conferences of SunAmerica Securities, Sentra Securities, and AXA Financial

| | | |
|---|---|---|
| 1/01 – 12/01 | **Lincoln Benefit Life / Allstate Financial** | Northbrook, IL |

*Regional Vice President (S.California)*
- Customized asset building programs for financial planners using seminars, direct mail, and sales training
- Mentored and trained five wholesalers in the Western Division Sales Force
- Awarded First Place, 2001 LBL Divisional Presentation Contest

| | | |
|---|---|---|
| 2/98 – 1/01 | **Sun Life Financial Distributors, Inc.** | Boston, MA |

*Regional Vice President (S.California / AZ, NM)*
- Marketed multi-managed insurance products and fixed annuities to all Broker Dealer Channels
- Prospected and secured new sales agreements with upper-management of Broker Dealer firms
- Awarded First Place, 1999 and 2000 Sun Life National Presentation Contest

| | | |
|---|---|---|
| 5/97 – 2/98 | **Laffer Associates** | La Jolla, CA |

*Vice President, Chief of Staff*
- Marketed economist Dr. Arthur Laffer as keynote speaker to Financial Institutions
- Updated macro-economic and industry specific forecasting research

| | | |
|---|---|---|
| 2/94 – 4/97 | **Putnam Investments** | Boston, MA |

*Senior Regional Marketing Associate*
- Successfully co-managed a $450 million territory marketing funds, annuities, and retirement plans
- Awarded First Place, 1996 Putnam Presentation Contest

## PROFESSIONAL SKILLS

- Create sales presentations using MS PowerPoint
- Developed database of 200+ sales ideas
- Renaissance Inc. Wealth Management CRT training
- Perform Emerald Client Education Seminars
- ACT! and Goldmine contact management software
- Series 6 and 63, State Life Insurance License

## EDUCATION

| | | |
|---|---|---|
| 5/94 | **Yale University** *Bachelor of Arts* | New Haven, CT |

Yale University Varsity Swim Team 1990-1994, with Letter Honors (Team Captain '93-'94)

References Available Upon Request