# EXHIBIT G

| | | | |
|---|---|---|---|
| **Job Title** | Regional Investments Sales Representative | **Job Code/Grade** | WM15/5E |
| **Dept.** | Wealth Management | **EEOC Code** | 4 |
| **Reports to** | Investments Regional Sales Manager | **Revised** | 05/01 |
| **Company** | ☒ Bank    ☒ BancGroup | **Job Group** | 4B |

### Job Summary
Offer a broad array of non-deposit investment products and services to compliment Colonial Bank's full service products.

### Essential Job Functions
1. Meet with customers/referrals for a profiling process to discuss financial needs and goals and recommend investment products and services to meet those needs and goals.
2. Visit with each branch within the region to educate branch personnel in the investment products and services offered and their significance to the bank; and to encourage employee referrals.
3. Provide excellent service for existing investment customer accounts: make changes as necessary, respond to customer questions or problems.
4. Maintain accurate investment customer records for audit purposes.
5. Compile weekly, monthly, and bi-monthly financial reports for management.
6. Develop marketing and promotion plans within the region to encourage bank employees to make customer referrals. Make presentations, attend seminars, etc.
7. Continually monitor investment activity to ensure customers are receiving accurate and timely investment recommendations; develop proposals.
8. Attend work on a regular basis, on time, and withstand varying degrees of stress.

### Supervisory Responsibilities
None

### Education and Experience
Bachelor's degree in a business related field or equivalent relevant experience required. Three plus years sales or investment experience required. Completion of Series 7 and 63 securities examinations; completion of Life/Health and Variable Life Insurance License; clean CRD-good standing with NASD and SEC. Valid state driver's license, proof of insurance, and available transportation.

### Skills and Abilities
Ability to work with substantial latitude for independent action in setting objectives, priorities, and procedures. Ability to monitor industry changes on a continuous basis. Excellent communication skills needed to handle almost constant contact with customers, bank management and staff employees.

### Physical Demands
The employee will frequently lift and/or move up to 25 pounds. The employee will regularly talk and hear. The employee will frequently sit. The employee will occasionally stand; walk; use hands to finger, handle, or feel; stoop, kneel, crouch or crawl; and reach with hands and arms. Special vision requirements include close, distant, and peripheral vision; depth perception and the ability to adjust focus. The noise level in the work environment is usually moderate.

### Staffing
Job normally filled from: Outside hire.
Usual next assignment: Regional Sales Manager, if experientially qualified.
Similar jobs with Colonial: N/A.