# EXHIBIT L

# PLATFORM and INSURANCE
## 2004

### Profile for Success

# Growth Statement

To enhance existing customer relationships and build new relationships by continuing to provide products and services that help create sound financial programs for customers based upon stated goals and needs. This will be accomplished by promoting increased management awareness and support of all programs, increased training initiatives and focus; continued development of our portfolio of products available including additional proprietary or co-branding ventures and insurance initiatives, and enhancing accountability standards.

# Platform and Insurance Partners

- Regional Executives
- Presidents
- Sales Administrators
- Branch Sales Managers
- Financial Consultants
- Regional Platform Directors
- Licensed Branch Agents
- Dedicated Insurance Specialists

# Objectives

- Continually communicate platform objectives and expectations with regional executives
- Enhance accountability standards at each level of partnership
- Continually focus on growth in 3 agent categories:
  - Initial Agent Growth (licensed less than 1 year)
  - Target Agent Growth (licensed 1 year or longer – producing at or below goal level)
  - Advanced Agent Growth (licensed 1 year or longer – producing above goal level)
- Continue to enhance training modules and programs to develop relationship building and profiling skills for all agent categories

# Objectives

- Enhance back office sales support and administrative systems to provide highest levels of service to agents
- Continually participate in product selection and review initiatives to support changing markets in fixed annuity and insurance lines of business
- Enhance referral programs and contests to increase agent productivity and sales team awareness

# Action Plans

- Distribute weekly and monthly production reports to regional executives and branch sales managers
- Monitor production activity and communicate performance expectations and consequences to agents
- Monitor monthly Financial Consultant activity plans to insure active weekly involvement with branch agents
- Monitor quarterly reviews from Financial Consultants with assigned branch agents

# Action Plans

- Finalize and distribute quarterly group training calendars for 2004 for all branch agents
- Enhance training initiatives to include advanced profiling skills and insurance opportunity identification skills
- Promote continued branch referral training initiatives each month
- Promote continued "call events" each month

# Action Plans

- Encourage executive management participation in scheduled monthly conference calls
- Plan quarterly sales contests for agents as well branch team members for referrals
- Continue to refine the "Regional Platform Director" program to enhance individualized agent training with the 3 agent levels:
  - Initial Agents
  - Target Agents
  - Advanced Agents

# Regional Executive Responsibilities

- Conduct monthly reviews with branch sales managers to enhance program awareness and support
- Conduct monthly reviews with Financial Consultants to discuss goals and activities
- Monitor platform sales to insure goals are met
- Participate in review and selection of new agents
- Insure communication of platform initiatives throughout region to enhance sales support

# Branch Sales Manager Responsibilities

- Monitor platform sales activity to insure goals are met
- Participate in monthly reviews with regional executive, Financial Consultant and branch agent(s) to assess results
- Participate in monthly sales events - call events, branch sales meetings, "investment day" promotions
- Schedule and participate in branch referral trainings
- Identify branch/agent training needs

# Financial Consultant Responsibilities

- Monitor platform sales activity to insure goals are met
- Conduct quarterly reviews with all agents and submit to home office
- Participate in monthly review with Regional Executives, branch sales managers and licensed agents to assess results
- Participate in scheduled conference calls and quarterly training sessions
- Mentor branch agents to increase confidence and share sales success ideas
- Schedule monthly call events with licensed agents for all branches
- Schedule monthly referral/sales meetings in all branches
- Work with regional management to identify new agent candidates

# Licensed Branch Agent Responsibilities

- Meet monthly platform production/sales goals for fixed annuities and insurance sales:

  *Fixed Annuity Goal:* $45,000 in sales per agent each month or $2,000 in non-interest income

  *Insurance Goal:* $200 in non-interest income or 1 Simplified Issue Life Insurance Sale per agent each month

- Participate in monthly review with dedicated broker and branch sales manager to assess results and plan for new month
- Participate in monthly call events
- Participate in scheduled conference calls
- Attend quarterly training sessions
- Promote platform sales initiatives to other branch team members
- Participate in referral training to enhance sales efforts
- Send prospecting letters, develop daily goals, work with financial consultants to promote sales ideas in branch
- Identify prospects for dedicated broker through profiling techniques

# Sales Reporting

- Weekly sales/production reports to Regional Executives and Sales Administrators
- Monthly sales/production reports to Regional Executives and Sales Administrators
- Quarterly reviews with financial consultants and licensed branch agents
- Monthly reporting of training initiatives, call event results and other activities
- Quarterly "Top Producer" reporting and recognition
- Annual "Million Dollar" club producer recognition
  - Platinum Million Dollar Club Recipients – over $3MM in sales
  - Gold Million Dollar Club Recipients – over $2MM in sales
  - Silver Million Dollar Club Recipients – over $1MM but less than $2MM in sales

# Opportunity Statement

Colonial Bank and Colonial Investment Services, Inc. have partnered to build a platform and insurance program that will enhance our existing customer relationships as well as attract new relationships by offering non-traditional products and services to include fixed annuities as well as life insurance products. This diversification of product offerings, increased management awareness and support, and enhanced training and sales initiatives serves to guarantee the continued success of our platform and insurance program.