IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN H. GUY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 2:06 CV271-WKW |
| ) | |
| THE COLONIAL BANCGROUP, INC. ) | |
| and COLONIAL BANK, N.A., ) | DRB Magistrate Judge Assigned |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO SUBSTITUTE AFFIDAVIT

**COME NOW** Defendants, Colonial Bank, N.A. and The Colonial BancGroup, Inc. (collectively, "Colonial") and, respectfully move the Court to substitute the attached affidavit of Tara Gibson in place of the affidavit of Tara Gibson previously filed as Exhibit C to Colonial's August 21, 2006 summary judgment motion. (Doc. No. 17). Colonial inadvertently submitted as Exhibit C a previous affidavit by Tara Gibson filed in support of its earlier summary judgment motion (Doc. no. 16).

Respectfully submitted this 4th day of October, 2006.

/s/Christopher W. Weller
Christopher W. Weller (WEL030)
**CAPELL & HOWARD, P. C.**
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000

**THE COLONIAL BANCGROUP, INC. &
COLONIAL BANK, N.A.**
David B. Byrne, Jr. (ASB-0354-R69D)
General Counsel
One Commerce Street
Montgomery, Alabama 36104

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing upon counsel of record *viá* U.S. Mail:

Susan Guy, Pro Se<br>
974 Lewis Road<br>
Deatsville, Alabama 36002

    DONE this the 4th day of October, 2006.

                                        /s/Christopher W. Weller_____
                                                  Of Counsel