# EXHIBIT C

Compliance Assistance By Law - The Worker Adjustment and Retraining Notification Act (WARN)

## OVERVIEW

The Worker Adjustment and Retraining Notification Act (WARN) protects workers, their families, and communities by requiring most employers with 100 or more employees to provide notification 60 calendar days in advance of plant closings and mass layoffs.

Employee entitled to notice under WARN include managers and supervisors, as well as hourly and salaried workers. WARN requires that notice also be given to employees' representatives, the local chief elected official, and the state dislocated worker unit.

Advance notice gives workers and their families some transition time to adjust to the prospective loss of employment, to seek and obtain other jobs, and, if necessary, to enter skill training or retraining that will allow these workers to compete successfully in the job market.

- Generally, WARN covers employers with 100 or more employees, not counting those who have worked less than six months in the last 12 months and those who work an average of less than 20 hours a week.
- Employees entitled to advance notice under WARN include managers and supervisors as well as hourly and salaried workers.
- Regular federal, state, and local government entities that provide public services are **not** covered by WARN.

The Department of Labor's (DOL) Employment and Training Administration (ETA) administers WARN at the federal level, and some states have plant closure laws of their own. A State Dislocated Worker Unit Coordinator can provide more information on notice requirements in a specific area.

DOL has no enforcement role in seeking damages for workers who did not receive adequate notice of a layoff or received no notice at all. However, they can assist workers in finding a new job or learning about training opportunities that are available.