IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN H. GUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-00271-WKW |
| | ) (WO) |
| COLONIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant's Motion to Submit Response to Plaintiff's Objections (Doc. # 32), it is ORDERED that the motion is GRANTED. The defendants shall file a response **on or before January 9, 2007.**

DONE this 8th day of January, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE