IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN H. GUY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-271-WKW |
| | )           (WO) |
| COLONIAL BANK, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

On December 15, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby ORDERED that:

1. The Recommendation (Doc. # 29) is ADOPTED.

2. The Motion for Summary Judgment of Defendant The Colonial BancGroup, Inc. (Doc. # 16) is DENIED.

DONE this 29th day of January, 2007.

                                                  /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE