IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN H. GUY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-271-WKW |
| | ) | (WO) |
| COLONIAL BANK, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the plaintiff on December 28, 2006 (Doc. # 31) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 15, 2006 (Doc. # 30) is adopted;

(3) The motion for summary judgment filed by the defendants (Doc. # 17) is GRANTED; and

(4) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 29th day of January, 2007.

/s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE