IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN H. GUY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-271-WKW |
| ) | (WO) |
| COLONIAL BANK, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the previous proceedings, orders and opinions in this case, it is the ORDER, JUDGMENT and DECREE of this court that:

(1) Judgment be and is hereby entered in favor of the defendants and against the plaintiff.

(2) Costs are taxed against the plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

DONE this 29th day of January, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE